UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | File No.  2:22-cr-00069 |
| | ) | |
| PAUL LACHAPELLE | ) | |

### MOTION TO VACATE DETENTION ORDER

Now Comes Defendant PAUL LACHAPELLE, by and through counsel Michael J. Straub, Esq., and hereby moves that the Detention Order issued on June 17, 2022 be Vacated to permit Defendant to attend residential treatment at Valley Vista in Bradford, Vermont.

Defendant has been approved for admission to Valley Vista on July 8, 2022. Upon successful completion of Valley Vista, defendant proposes to reside with his father and Defendant's girlfriend in Springfield, Vermont.   Defendant proposes that he will be driven to Valley Vista from the VT DOC Northwest Corr. Fac. by his father and Defendant's girlfriend.[1] Details regarding these individuals have been provided to the USPO and US Attorney for review.

Defendant has complied with D. Vt. L.R. 7(a)(7).  The USPO has noted it's objection to this request. The government has noted that it objects to this request.

WHEREFORE, Defendant requests a hearing on this Motion and that it be granted effective at 9:00 a.m. on July 8, 2022.[2]

Dated July 6, 2022

/s/ Michael J. Straub
Michael J. Straub
Attorney for Defendant
P.O. Box 587
Burlington VT 05402-0587
(802) 864-6766
Straub.Esq@gmail.com

---

[1] Identifying information regarding Defendant's father and girlfriend have been provided to USPO and the US Attorney for review.

[2] Defendant is to be arraigned on a Indictment on July 7, 2022 at 1:00 pm. and it   is requested that this motion be heard at that time.